**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kyle Counts

       Plaintiff,

v.                 Case No.: 1:23–cv–00236
                Honorable Lindsay C. Jenkins

Arkk Food Company, et al.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 14, 2023:

   MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to dismiss [27] remains under advisement. The status hearing set for 8/15/23 [28] is stricken and will be reset to a date following the Court's ruling. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.