IN THE UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KYLE COUNTS, DAMANY BROWNE, and DENNIS MAYER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARKK FOOD COMPANY, a Michigan corporation, WAHLBURGERS I, LLC, a Massachusetts limited liability company, and PATRIOT PICKLE, INC., a New Jersey corporation,<br><br>Defendants. | Case No.: 1:23-cv-00236<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN** |

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Kyle Counts, Damany Browne, and Dennis Mayer ("Plaintiffs"), on behalf of themselves and each member of the Settlement Class, move for entry of the Plaintiffs' [Proposed] Order Granting Preliminary Approval of Settlement, Approval of Form Notice, Scheduling of Final Approval Hearing, and Granting Leave to File Amended Complaint, submitted herewith, which will provide for: 1) preliminarily approving the Settlement; 2) certifying the Settlement Class for settlement purposes; 3) approving the Notice Plan, including the Opt-Out and objection procedures; 4) approving the Claims process; 5) appointing Michael Reese and Charles D. Moore of Reese LLP and Kevin Laukaitis of Laukaitis Law LLC as Co-Lead Class Counsel; 6) appointing Angeion Group as the Settlement Administrator; and 7) entering the proposed Preliminary Approval Order attached hereto as Exhibit D. This motion is based on the accompanying memorandum of law, the attached Settlement and its exhibits, the Declaration of Kevin Laukaitis, and all prior pleadings and proceedings herein. Defendants do not oppose this motion.

Dated: April 26, 2024

**LAUKAITIS LAW LLC**

*/s/ Kevin Laukaitis*
Kevin Laukaitis
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, Puerto Rico 00907
Phone: (215) 789-4462
klaukaitis@laukaitislaw.com

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Phone: (212) 643-0500
Email: mreese@reesellp.com

**REESE LLP**
Charles D. Moore
100 West 93rd Street, 16th Floor
New York, New York 10025
T: (212) 643-0500
cmoore@reesellp.com

*Attorneys for Plaintiffs and the Proposed Class*

**POMERANTZ LLP**
Gustavo F. Bruckner
Samuel J. Adams
Ankita Sangwan
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
gfbruckner@pomlaw.com
sjadams@pomlaw.com
asangwan@pomlaw.com

**THE FINK LAW FIRM, P.C**.
Steven M. Fink
488 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 280-6600
Facsimile: (212) 898-1117
sfink@thefinklawfirmpc.com

*Additional Attorneys for Plaintiff Dennis Mayer*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2024, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Kevin Laukaitis*
Kevin Laukaitis