**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Kyle Counts

        Plaintiff,

v.                 Case No.: 1:23−cv−00236
                  Honorable Lindsay C. Jenkins

Arkk Food Company, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 29, 2024:

  MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's unopposed motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan [50] is granted. Separate Order to issue. Plaintiffs shall file their Motion for Final Approval of the Settlement by August 26, 2024, and their Motion for Attorneys' Fees, Costs, and Expenses, and Motion for Service Award by July 31, 2024. Settlement Class Members must file any objections to the Settlement and the Motion for Attorneys' Fees, Costs, and Expenses, and the Motion for Service Award by no later than September 4, 2024. Settlement Class Members must exclude themselves, or opt−out, from the Settlement by no later than September 4, 2024. Settlement Class Members who intend to appear at the Final Fairness Hearing must file a Notice of Intention to Appear at the Final Fairness Hearing by no later than September 10, 2024. The Settlement Administrator shall file a declaration or affidavit with the Court that confirms the implementation of the Notice Plan pursuant to the Preliminary Approval Order [15 days before the Fairness Hearing] by September 10, 2024. Class Counsel and Defendants' Counsel may respond to any objection by September 10, 2024. As previously stated, the Fairness Hearing will take place on September 25, 2024 at 9:30 a.m. at the United States District Court for the Northern District Court of Illinois at 219 South Dearborn Street, Chicago, IL 60604, Courtroom 2119.Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.