IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KYLE COUNTS, DAMANY BROWNE, and DENNIS MAYER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARKK FOOD COMPANY, a Michigan corporation, WAHLBURGERS I, LLC, a Massachusetts limited liability company, and PATRIOT PICKLE, INC., a New Jersey corporation,<br><br>Defendants. | Case No.: 1:23-cv-00236<br><br>Hon. Lindsay C. Jenkins |

**PLAINTIFFS' MOTION
FOR PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION
EXPENSES TO CLASS COUNSEL, AND PAYMENT OF
SERVICE AWARDS TO THE CLASS REPRESENTATIVES**

Plaintiffs Kyle Counts, Damany Browne, and Dennis Mayer ("Plaintiffs" or "Class Representatives"), by and through Charles D. Moore from Reese LLP, and Kevin Laukaitis from Laukaitis Law LLC, Counsel for the Settlement Class ("Class Counsel"), hereby move for an order approving:

(1) Attorneys' fees in the amount of $750,000;

(2) Litigation expenses in the amount of $17,499.66; and

(3) A $5,000 service payment to each Class Representative for a total of $15,000.

1

In support of the motion, Class Counsel submits the accompanying memorandum of law in support, and the Joint Declaration of Class Counsel in Support of Plaintiffs' Motion for Payment of Attorneys' Fees and Reimbursement of Litigation Expenses to Class Counsel and Payment of Service Awards to the Class Representatives with annexed exhibits.

| | |
|---|---|
| Dated: July 31, 2024. | /s/ *Kevin Laukaitis* <br> Kevin Laukaitis <br> **LAUKAITIS LAW LLC** <br> 954 Avenida Ponce De Leon <br> Suite 205, #10518 <br> San Juan, PR 00907 <br> Phone: (215) 789-4462 <br> Email: klaukaitis@laukaitislaw.com <br><br> **REESE LLP** <br> Charles D. Moore <br> 121 N. Washington Ave, 4th Floor <br> Minneapolis, Minnesota 55401 <br> Telephone: 212-643-0500 <br> Email: cmoore@reesellp.com <br><br> **REESE LLP** <br> Michael R. Reese <br> 100 West 93rd Street, 16th Floor <br> New York, New York 10025 <br> Phone: (212) 643-0500 <br> Email: mreese@reesellp.com <br><br> **POMERANTZ LLP** <br> Gustavo F. Bruckner <br> Samuel J. Adams <br> Ankita Sangwan <br> 600 Third Avenue, 20th Floor <br> New York, New York 10016 <br> Telephone: (212) 661-1100 <br> Facsimile: (917) 463-1044 <br> gfbruckner@pomlaw.com <br> sjadams@pomlaw.com <br> asangwan@pomlaw.com <br><br> **THE FINK LAW FIRM, P.C**. <br> Steven M. Fink |

 488 Madison Avenue, 20th Floor
 New York, New York 10022
 Telephone: (212) 280-6600
 Facsimile: (212) 898-1117
 sfink@thefinklawfirmpc.com

 *Attorneys for Plaintiffs and the Class Members*

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

>*/s/ Kevin Laukaitis*
>Kevin Laukaitis