# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kyle Counts, et al.

                    Plaintiff,

v.                                                 Case No.: 1:23−cv−00236
                                                 Honorable Lindsay C. Jenkins

Arkk Food Company, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Fairness hearing held. For the reasons stated in open court, Plaintiffs' motion for final approval of class action settlement agreement [64] is granted. Plaintiffs' motion for payment of attorneys' fees and reimbursement of litigation expenses to class counsel, and payment of service awards to the class representatives [62] is granted. Separate order to issue. Civil case closed. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.